UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL 13 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| DONNELL SPROLING, | ) 4:16CR308 CEJ/NAB |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, January 14, 2016, in County of St. Louis, within the Eastern District of Missouri,

**DONNELL SPROLING,**

the Defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

THOMAS J. MEHAN, #28958MO
Assistant United States Attorney